AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Perfect Body Image, LLC., d/b/a Perfect Body Laser and Aesthetics, <br><br> *Plaintiff* <br> v. <br> Perfect Body Laser And Wellness, LLC, Calvin Spellmon, Jr., Chandra C. Bowen, <br><br> *Defendants* | Civil Action No. 24-CV-676(SIL) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendants' names and addresses)*

    Perfect Body Laser And Wellness, LLC      Calvin Spellmon, Jr.
    105 Vulcan Road      1125 Kingswood Road
    Birmingham, Alabama 35209      Birmingham, Alabama 35242

    Chandra C. Bowen
    1148 Eastview Circle
    Birmingham, Alabama 35214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Todd Wengrovsky, PLLC.
285 Southfield Road, Box 585
Calverton, NY 11933

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Brenna B. Mahoney**
*CLERK OF COURT*

Date: 1/31/2024

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*